IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OVELL DANIEL CLEMONS, JR.                                                              PLAINTIFF

v.                                          Case No. 6:24-cv-6026

OFFICE JONES #126 , OFFICER SMITH
#153, JOHN OR JANE DOE MEDICAL
STAFF GARLAND COUNTY DETENTION
CENTER, CHI ST. VINCENT, SHERIFF
MIKE MCCORMICK                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Separate Defendant CHI St. Vincent be dismissed from this action because Plaintiff failed to state a claim upon which relief can be granted against CHI St. Vincent. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 10) *in toto*. Plaintiff's claims against Separate Defendant CHI St. Vincent are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against the remaining Defendants may proceed.

**IT IS SO ORDERED**, this 16th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge