IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OVELL DANIEL CLEMONS, JR.                                              PLAINTIFF

v.                                    Case No. 6:24-cv-6026

OFFICER JONES; OFFICER SMITH;
SHERIFF MIKE MCCORMICK; and
JOHN or JANE DOE                                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable
Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF
No. 70.  After review of the dispositive motions filed by Defendants and Plaintiff's failure to
prosecute this matter, Judge Comstock recommends that:

1. Defendants Jones and Smith's Motion for Summary Judgment (ECF No. 43) and
   Motion for Facts to be Deemed Admitted (ECF No. 55) be granted;

2. Defendants Jones and Smith's Motion to Dismiss Pursuant to Federal Rule of Civil
   Procedure 41(b) and Local Rule 5.5(c)(2) (ECF No. 65) be denied as moot;

3. Plaintiff's claims against Defendant McCormick be dismissed with prejudice pursuant
   to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2); and

4. Defendant McCormick's Motion for Summary Judgment (ECF No. 47) be granted.

Though not explicitly stated in the R&R, the Court interprets Judge Comstock's recommendation
to grant Defendant McCormick's motion for summary judgment as an available alternative to the
recommendation to dismiss the claims against him because of Plaintiff's failure to prosecute.
Judge Comstock also notes that the time to identify the John/Jane Doe Defendant has passed.
Plaintiff has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 70) in toto.  Defendants Jones and Smith's Motion for Summary Judgment (ECF No. 43) and Motion for Facts to be Deemed Admitted (ECF No. 55) are **GRANTED** and Plaintiff's claims against Defendants Jones and Smith are **DISMISSED WITH PREJUDICE**.  Defendants Jones and Smith's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) (ECF No. 65) is **DENIED** as **MOOT**.  Defendant McCormick's Motion for Summary Judgment (ECF No. 47) is **GRANTED**.  Plaintiff's claims against Defendant McCormick are **DISMISSED WITH PREJUDICE**.  Consequently, all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of May, 2026.

/s/ John Thomas Shepherd  
John Thomas Shepherd  
United States District Judge

2